## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DENISE B. COMMINS, CRAIG STEDMAN,  : No. 27 MM 2020
JENNIFER LENGLE, EUGENE SCALIA,  :
THOMAS WOLF, W. GERARD OLEKSIAK,  :
:
Respondents  :
:
:
v.  :
:
:
AMOS GLICK,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of April, 2020, the Application for Leave to File Original Process is GRANTED, and the "Writ of Mandamus/Prohibition" is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.